# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

September 29, 2021

<u>**Via ECF**</u>
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Stevez v. Annaly Capital Management, Inc.*, Case No. 1:21-cv-06470-KPF
      <u>Request to Extend Time to Respond</u>

Dear Judge Failla:

We represent defendant Annaly Capital Management, Inc. ("Defendant") in connection with the above-referenced action.  Pursuant to Your Honor's Individual Rules, we write, with the consent of counsel for Plaintiff Arturo Stevez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint for a period of 30 days, *i.e.*, from October 4, 2021 to November 3, 2021.  This is Defendant's first request for an extension of time to respond to the Complaint.

In support of this request, counsel for Defendant states that the parties are engaged in discussions about a possible early resolution of this action.  If granted, this extension will not affect any other date scheduled in this action.  As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for* Defendant

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                     F +1.212.309.6001

Application GRANTED.  Further, the initial pretrial conference scheduled for October 29, 2021, is hereby ADJOURNED to November 18, 2021, at 3:00 p.m.  The parties' joint letter and Proposed Case Management Plan and Scheduling Order will be due on or before November 11, 2021.

| | |
|---|---|
| Dated:    September 30, 2021<br>           New York, New York | SO ORDERED.<br><br>*[signature]*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |