# Morgan Lewis



**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

November 1, 2021

**Via ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Stevez v. Annaly Capital Management, Inc.*, Case No. 1:21-cv-06470-KPF
        **Request for 30-Day Stay**

Dear Judge Failla:

We represent Defendant Annaly Capital Management, Inc. ("Defendant") in connection with the above-referenced action. We write jointly with counsel for Plaintiff Arturo Stevez ("Plaintiff") to inform the Court that the parties have reached an agreement in principle to resolve this action. Accordingly, counsel for the parties respectfully request that the Court stay all pending deadlines for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for* Defendant

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060        +1.212.309.6000
United States                              +1.212.309.6001

Application GRANTED.  All pending deadlines shall be stayed for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court.

The Clerk of Court is directed to terminate the pending motion at docket number 12.

Dated:    November 1, 2021          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE