# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com



December 2, 2021

**Via ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Stevez v. Annaly Capital Management, Inc.*, Case No. 1:21-cv-06470-KPF
    Request to Extend Stay for Additional 30-Days

Dear Judge Failla:

We represent Defendant Annaly Capital Management, Inc. ("Defendant") in connection with the above-referenced action.  We write jointly with counsel for Plaintiff Arturo Stevez ("Plaintiff") to inform the Court that the parties have finalized the terms of their agreement to resolve this matter. Counsel for the parties respectfully request that the Court extend the stay in this matter – currently set to expire on December 3, 2021 (ECF No. 13) – for an additional 30 days to permit the parties to comply with the terms of that agreement and and submit a stipulation of dismissal to the Court. This is the parties' first request for an extension of the stay.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for* Defendant

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001

Application GRANTED. All pending deadlines shall remain stayed for a period of 30 days to permit the parties to comply with the terms of their agreement and submit a stipulation of dismissal to the Court.

The Clerk of Court is directed to terminate the pending motion at docket number 14.

Dated:   December 2, 2021          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE