# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 29, 2021

**Via ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   ***Stevez v. Annaly Capital Management, Inc.***, Case No. 1:21-cv-06470-KPF
>       **Request to Extend Stay**

Dear Judge Failla:

We represent Defendant Annaly Capital Management, Inc. ("Defendant") in connection with the above-referenced action.  We write with the consent of counsel for Plaintiff Arturo Stevez ("Plaintiff"), respectfully to request that the Court extend the stay in this matter for a period of two weeks, i.e., through and until January 16, 2022, to permit the parties to comply with the terms of their agreement to resolve this matter and submit a stipulation of dismissal to the Court.  This is Defendant's second request for an extension of the stay.  The Court granted the parties' prior request.  As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for* Defendant

cc: All Counsel of Record (via ECF)

---

```
Application GRANTED.  All pending deadlines shall remain stayed through
January 16, 2022.  The Clerk of Court is directed to terminate the pending
motion at docket number 16.

Dated:    December 29, 2021           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE