**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTURO STEVEZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                    Plaintiffs,

                v.

ANNALY CAPITAL MANAGEMENT, INC.,

                    Defendant.

1:21-cv-6470

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Arturo Stevez ("Plaintiff") and Annaly Capital Management, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____Nov. 17_____, 2021

GOTTLIEB & ASSOCIATES                    MORGAN, LEWIS & BOCKIUS LLP


By:_____            By:_____
Jeffrey M. Gottlieb                         Michael F. Fleming
150 E. 18 St., Suite PHR                    101 Park Avenue
New York, NY 10003                          New York, New York 10178
Tel: (212) 228-9795                         Tel:  (212) 309-6207
Email: NYJG@aol.com                         Email: michael.fleming@morganlewis.com

*Attorneys for Plaintiff*                    *Attorneys for Defendant*

**SO ORDERED:**

Dated: _____, 2021

                                        _____
                                        United States District Judge